**LODGED** **ORIGINAL**
AUG 12 2003
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 13 2003
at ___ o'clock and 35 min. ___ M
WALTER A.Y.H. CHINN, CLERK

1  ROGER J. ROSEN, Bar # 48573
   1801 Avenue of the Stars, Suite 900
2  Los Angeles, CA 90067-5803

3  Attorney for Defendant Borti Petrich

4

5           IN THE UNITED STATES DISTRICT COURT

6           FOR THE DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA,    ) Case No.: CR 00-394(SOM)
                                )
9           Plaintiff,          ) STIPULATION AND ORDER EXONERATING
                                ) BOND AND CANCELING AND RELEASING
10     vs.                      ) MORTGAGE
                                )
11 BORTI PETRICH,               ) JUDGE: SUSAN OKI MOLLWAY
                                )
12          Defendant           )
                                )
13                              )

*See revisions made by court*

14

15       STIPULATION AND ORDER EXONERATING BOAND AND
              CANCELING AND RELEASING MORTGAGE

16

17     IT IS HEREBY STIPULATED, by and between Plaintiff United States of

18 America and Defendant BORTI PETRICH, through their respective counsel, that

19 Pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure, a Judgment

20 in a Criminal Case was filed herein on ~~October 11, 2000~~ February 6, 2003, and Defendant BORTI   SOM

21 PETRICH having been committed to the custody of the United States Bureau of

22 Prisons for imprisonment and having surrendered himself to the United States

23 Marshall Service, and all conditions of the bond posted herein having been

24 satisfied, the bond herein-above posted and the security mortgage filed in

25 conjunction therewith dated October 11, 2000 and recorded in the State of

1

1 | California Bureau of Conveyances on October 12, 2000 as Instrument No. 00-
2 | 1591887, Official Records, are hereby exonerated and canceled. The
3 | mortgagors therein are hereby released and the mortgage herein-above referred
4 | to is canceled.

Dated: 7/28/03

_____ (per)  
ROGER J. ROSEN,  
Attorney for Defendant  
Borti Petrich

_____  
THOMAS J. BRADY  
Attorney for Plaintiff  
United States

PETRICH(05)                                    of America

NO OBJECTION:

*[signature]*, Assistant
U.S. Pretrial Services Officer

APPROVED AND SO ORDERED:

*[signature]*

SUSAN OKI MOLLWAY
JUDGE OF THE ABOVE-ENTITLED COURT

CR. No. 00-00394 (SOM); U.S.A v BORTI PETRICH(05), et al; STIPULATION AND ORDER EXONERATING BOND AND CANCELING AND RELEAING MORTGAGE