PROB. 12B
(7/93)

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 22 2008

at /0 o'clock and 45 min, A M
SUE BEITIA, CLERK

# United States District Court

## for the

## DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: ANETEREA TUPUOLA, aka "Jay"

Case Number: CR 00-00394SOM-06; CR 00-00484SOM-02

Name of Sentencing Judicial Officer:   The Honorable Susan Oki Mollway
                                        U.S. District Judge

Date of Original Sentence: 9/30/2002

Original Offense: CR 00-00394SOM-06, Count 2: Conspiracy to Possess With Intent to Distribute in Excess of 100 Grams of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846, a Class A felony

CR 00-00484SOM-02, Count 2: Conspiracy to Possess With Intent to Distribute in Excess of 50 Grams of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846, a Class A felony

Original Sentence: Ninety-seven (97) months imprisonment as to Count 2 of the Indictment in CR 00-00394SOM-06 to be served concurrently with Count 2 fo the Indictment in CR 00-00484SOM-02, to be followed by five (5) years supervised release as to Count 2 of the Indictment in CR 00-00394SOM-06, to be served concurrently with Count 2 of the Indictment in CR 00-00484SOM-02. The following special conditions were imposed: 1) That the defendant is prohibited from possessing any illegal dangerous weapons; 2) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; and 3) That the defendant provide the Probation Office access to any requested financial information.

Type of Supervision: Supervised Release   Date Supervision Commenced: 12/26/2007

Prob 12B
(7/93)

2

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

General Condition:   That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

Special Condition No. 2:   That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing, in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

## CAUSE

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. Special Condition No. 2 | The offender failed to comply with drug testing on 1/25/2008, 4/4/2008, and 5/1/2008. |
| 2. Special Condition No. 2 | The offender failed to attend outpatient substance abuse counseling at Hina Mauka on 2/18/2008. |

Our office was informed by Hina Mauka that on 1/25/2008, 4/4/2008, and 5/1/2008, the offender failed to submit a urine specimen for testing. When confronted on all three occasions, the offender stated that he calls daily and was not sure how he missed drug testing. The offender later admitted on 5/7/2008 that he may have forgotten to call on these occasions due to being very busy at work and making the mistake of usually calling Hina Mauka during his lunch hour. The offender was verbally admonished and also served with a written reprimand. The offender was instructed to have a better reminder system in place so as to not miss future drug testing. The offender has since set an alarm on his cellular phone that reminds him to call daily. The offender has not missed any further drug testing since implementing this reminder system.

On 2/18/2008, the offender missed an individual counseling session at Hina Mauka. When confronted, the offender stated that he got the days confused and thought his counseling session was on 2/19/2008. The offender was admonished and warned to be more careful. The offender missed no further counseling sessions and completed outpatient counseling at Hina Mauka on 4/7/2008.

Prob 12B
(7/93)

3

    Considering the offender's criminal history and in light of <u>United States vs. Stephens</u>, we are requesting that the Court modify the mandatory drug testing condition (General Condition) to allow for additional drug testing. We are also requesting that Special Condition No. 2 be revised to include updated language. Our office believes that it is prudent to randomly test the offender for illicit drug use until the expiration of supervision.

    As noted by his signature on the attached Waiver of Hearing form (Probation Form 49), the offender maintains no objections to this recommendation. The offender's attorney and the U.S. Attorney's Office have been notified of the proposed modifications.

Respectfully submitted by,

FRANK M. CONDELLO, II
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 7/16/2008

---

THE COURT ORDERS:

[X]    The Modification of Conditions as Noted Above
[ ]    Other

SUSAN OKI MOLLWAY
U.S. District Judge

7/21/08
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]    To modify the conditions of supervision as follows:

        *General Condition:*        *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.*

        *Special Condition No. 2:*        *That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing, in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.*

Witness: _/s/ Frank M. Condello II_
FRANK M. CONDELLO, II
U.S. Probation Officer

Signed: _/s/ Aneterea Tupuola_
ANETEREA TUPUOLA aka "Jay"
Supervised Releasee

5/7/08
Date

## NOTICE REGARDING MODIFICATION OF CONDITIONS

The defendant understands that any modification of court-ordered conditions is not a waiver of those conditions or of any consequence of violating those conditions. Violations that have preceded this or any modification of conditions may be considered by the court as a basis for revoking supervised release or probation, especially, but not only, in the event of a future violation, whether any such future violation is similar to or different from any preceding violation.

The absence of this notice does not confer, and should not be interpreted by the defendant as conferring, any rights on the defendant. The absence of this notice does not indicate, and should not be interpreted by the defendant as indicating, any position by the court or by the defendant. Even in the absence of this notice, supervised release or probation may, in the future, be revoked based on violations occurring before this or any other modification of conditions.

Agreed to and acknowledged:

_____
Defendant

Print Name: ANETEREA TUPUOLA

Date: 5.7.08